UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAR 1 3 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

FRANCOIS COTE

**03CR0271**

) No.
)
) Violation: Title 18, United States Code,
) Section 2423(b)

JUDGE **ZAGEL**

MAGISTRATE JUDGE MASON

The SPECIAL NOVEMBER 2002 GRAND JURY charges:

On or about March 12, 2003, in the Northern District of Illinois, Eastern Division, and elsewhere,

FRANCOIS COTE,

defendant herein, did travel in interstate commerce from at or near Newark, New Jersey to the Northern District of Illinois, namely, Chicago, Illinois, with the intent and for the purpose of engaging in a sexual act, as defined in Title 18, United States Code, Section 2246, with "Lil Mary," whom defendant believed to be a female minor who had not attained the age of 16, and who, unbeknownst to defendant, was in fact an undercover law enforcement agent, that would be in violation of Title 18, United States Code, Section 2243(a);

In violation of Title 18, United States Code, Section 2423(b).

MAR 1 4 2003

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

FRANCOIS COTE

## INDICTMENT

in violation of: Title 18, United States Code, Section 2423(b)

A true bill

_____ Foreman

Filed in open court this _____ 13 _____ day

of _____ March _____, A.D. 2003

_____ Clerk

Bail, $_____