Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 271 - 1 | **DATE** | 4/10/2006 |
| **CASE TITLE** | UNITED STATES vs. FRANCOIS COTE | | |

**DOCKET ENTRY TEXT**

Jury trial begins. Jury trial and continued for 4/11/2006 at 9:00 a.m.

Notified counsel by telephone.

| | Courtroom Deputy Initials: | DW |
|---|---|---|

03CR271 - 1 UNITED STATES vs. FRANCOIS COTE